**EXHIBIT 8**

2015-36895   P4

Plotkin, Pat (DCA)

| | |
|---|---|
| **From:** | Della Leonard <dleonard@jmlawyers.com> |
| **Sent:** | Friday, May 25, 2018 3:10 PM |
| **To:** | Plotkin, Pat (DCA) |
| **Cc:** | Jeff Joyce |
| **Subject:** | Cause No. 2015-36895 |
| **Attachments:** | 2018 05 25 Executed Order on Respondent's Motion to Release Funds.jpg; 2018 05 25 Letter to Aycock re Release of Funds.pdf; 2018 05 25 Letter to all Counsel re Wire Transfer.pdf |

Ms. Plotkin,

Per Judge Farr's attached order of today, please be advised that we have communicated to all counsel of record, as indicated above, and are also advising you that a wire transfer from Mr. Choudhri's counsel's trust account in the amount of $642,154.07 has been sent to IBC Bank this afternoon.

Please don't hesitate to contact me should you have any questions.

All the best,

Della Leonard
Legal Assistant to Jeff Joyce
**JOYCE + MCFARLAND LLP**
712 Main Street
Suite 1500
Houston, Texas 77002
713-221-3703 Direct
713-513-5577 Fax
dleonard@jmlawyers.com

**J+M** JOYCE + MCFARLAND LLP

**FILED**
Chris Daniel
District Clerk
MAY 30 2018
Time: 9:54A
Harris County, Texas
By Shawn Simien
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

1

AND §
ALI CHOUHDRI § OF HARRIS COUNTY, TEXAS

## ORDER ON RESPONDENT'S MOTION TO RELEASE FUNDS HELD IN ATTORNEY'S TRUST ACCOUNT

On April 24, 2018, the Court considered Respondent's Motion to Release Funds Held in Attorney's Trust Account. After considering the evidence and argument of counsel, the Court finds that Motion should be GRANTED.

IT FURTHER ORDERS the release of $642,151.07 from Mr. Choudhri's counsel's trust account to be tendered directly to the lienholder IBC Bank with verification of said payment to be made to all counsel of record and the court coordinator of the 312th District Court. Any remaining funds will continue to be held in trust pursuant to Paragraph 4 of the Rule 11 agreement signed by the court on 8/15/17. NO distributions will be made out of the remaining funds (regardless of agreements between the parties) absent court ruling or court approval of an agreement pursuant to TRCP 11.

SIGNED this _____ day of _____, 2018.

Signed:
5/25/2018



_____
Judge Presiding

# J+M  JOYCE + McFARLAND LLP

Jeff Joyce
Email: jjoyce@jmlawyers.com
Direct Dial: 713.222.1113

712 Main Street, Suite 1500
Houston, TX 77002
Main: 713.222.1112
Fax: 713.513.5577
www.jmlawyers.com

May 25, 2018

Mr. Jim Aycock                               *Via email JAycock@porterhedges.com*
Porter Hedges
1000 Main Street, 36th Floor
Houston, Texas 77002

Re:   Cause No. 2015-36895; *In the Matter of the Marriage of Hira Azhar and Ali Choudhri*; In the 312th Judicial District of Harris County, Texas

Dear Jim:

Judge Farr entered an order today for the release of funds. We are wiring, from our law firm IOLTA account, the amount of $642,154.07. We are wiring the funds, as you previously directed, to:

IBC Bank
4501 San Bernardo
Laredo, TX 78041
ABA 114902528
Acct # 1110089341

The funds are to be credited to Texas REIT pursuant to a previously executed forbearance agreement calling for the reinstatement of its note.

Please advise if you have any questions.

Very truly yours,

Jeff Joyce

cc:   Bobby Newman [via email: bobby@lnvlaw.com]
      Bernadette Barbee [via email: bbarbee@myresfamilylaw.com]
      Alan Daughtry [via email: alan@alandaughtrylaw.com]
      Lloyd Kelley [via email: kelley@lloydekelley.com]
      Michelle Fraga [ via email: michelle@fragalawoffice.com]
      Ali Choudhri [via email: ali@jetallcompanies.com]



**JOYCE + MCFARLAND LLP**

Jeff Joyce
Email: jjoyce@jmlawyers.com
Direct Dial: 713.222.1113

712 Main Street, Suite 1500
Houston, TX 77002
Main: 713.222.1112
Fax: 713.513.5577
www.jmlawyers.com

May 25, 2018

Bobby Newman — via email: bobby@lnvlaw.com
Bernadette Barbee — via email: bbarbee@myresfamilylaw.com
Alan Daughtry — via email: alan@alandaughtrylaw.com
Lloyd Kelley — via email: kelley@lloydekelley.com
Michelle Fraga — via email: michelle@fragalawoffice.com

Re: Cause No. 2015-36895; *In the Matter of the Marriage of Hira Azhar and Ali Choudhri*; In the 312th Judicial District of Harris County, Texas

Counsel:

Pursuant to the court's order of May 25, 2018, we have wired $642,154.07 from our firm's IOLTA trust account. After this wire, we continue to hold $518,139.04 in our account.

Please advise if you have any questions.

Very truly yours,

Jeff Joyce

cc: Ali Choudhri [via email: ali@jetallcompanies.com]