## VERIFICATION

I declare under penalty of perjury that the information contained in the foregoing Application for Temporary Restraining Order and Preliminary Injunction is true and correct.

Executed in Harris County, Texas on June 28, 2018.

_____
Steve Wu

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared STEVE WU, known to me to be the person whose name is subscribed to the foregoing instrument.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 28th day of June, 2018.

_____
NOTARY PUBLIC, STATE OF TEXAS

BRAD EDWARD PORTER
Notary Public, State of Texas
My Commission Expires
September 17, 2018