United States District Court
Southern District of Texas
**ENTERED**
July 02, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WCW HOUSTON PROPERTIES, LLC, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-02124 |
| DALIO HOLDINGS I, LLC, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Application for Temporary Restraining Order ("TRO") and Preliminary Injunction (Doc. #10), Defendant's Response (Doc. #16), and Plaintiff's Reply (Doc. #17). Plaintiff filed this Motion concerning Defendant's pending foreclosure of real property. Defendant holds the senior lien on the property at issue and a foreclosure is noticed for July 3, 2018. Plaintiff, a secondary lien holder, does not request the Court stop the foreclosure, nor does Plaintiff contend whether Defendant has the legal right to foreclose on the real property. Rather, Plaintiff takes issue with how the auction might be conducted and asks the Court to manage the auction proceedings and proceeds therefrom. Beyond Plaintiff's speculation about the monetary harm it might incur if the bidding process is not favorable for it, Plaintiff has not demonstrated immediate irreparable harm exists. Neither has Plaintiff demonstrated a likelihood of success on the merits. Accordingly, after considering the arguments and applicable law, Plaintiff's Motion for TRO and Preliminary Injunction is DENIED.

It is so ORDERED.

JUL 0 2 2018
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge