United States District Court
Southern District of Texas
**ENTERED**
October 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WCW HOUSTON PROPERTIES, LLC, § § Plaintiff, § VS. § DALIO HOLDINGS I, LLC, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:18-CV-02124 |

### ORDER OF DISMISSAL OF DEFENDANT DALIO HOLDINGS I, L.L.C.

On October 26, 2018, there was a hearing before the Court. Counsel for Plaintiff WCW Houston Properties, L.L.C. and Defendant Dalio Holdings I, L.L.C. were present. Counsel for Plaintiff announced dismissal of all claims against Defendant Dalio Holdings I, L.L.C. Defendant Dalio Holdings I, L.L.C. announced that it has no counterclaims against Plaintiff in this case. Pursuant to counsel's announcements on the record, all claims against Dalio Holdings I, L.L.C. are hereby DISMISSED.

It is so ORDERED.

OCT 2 6 2018
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge